1   Jeffrey L. Staniels, Bar #91413

2   216 F Street, No. 98

3   Davis, CA 95616

    Tel: 530-220-9770

4   Email: stanielslaw@dcn.org

5

6   Attorney for
    Feliciano Ochoa Reyes

7

8               UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11

12   UNITED STATES of AMERICA,     No. 2:15-cr-073 GEB
                        No. 2:15-cr-092 GEB
13          Plaintiff,

14      v.              **STIPULATION AND [PROPOSED] ORDER**
                        **CONTINUING SENTENCING DATE**
15   JOSE VASQUEZ,
    FELICIANO OCHOA REYES      **Date:**   **September 7, 2018**
16                      **Time:**   **9:00 a.m.**
         Defendants.     **Judge: Hon. Garland E. Burrell, Jr.**
17

18

19

20      **IT IS HEREBY STIPULATED** by and between Assistant United

21   States Attorney Amanda Beck, counsel for Plaintiff, and Jeffrey

22   L. Staniels, counsel for Feliciano Ochoa Reyes, that these

23   related cases be dropped from this court's calendar for September

24   7, 2018, and be continued until September 21, 2018, for judgment

25   and sentencing.

26      This continuance is requested to accommodate a scheduling

27   conflict recently realized by defense counsel. Government

28   counsel and the probation officer have advised counsel that

                                  1

September 21, 2018 is an available date for them.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  August 13, 2018          /s/Amanda Beck
                                 AUSA AMANDA BECK
                                 Counsel for Plaintiff


Dated:  August 13, 2018          /s/Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Attorney for FELICIANO OCHOA REYES



**O R D E R**


      The requested continuance is hereby GRANTED.

      Dated:  August 13, 2018



                                 _____
                                 GARLAND E. BURRELL, JR.
                                 Senior United States District Judge